## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **TROY WILLIAMS** *et al.*, | * | |
| **Plaintiffs** | * | |
| **v.** | * | **CIVIL NO. JKB-13-1248** |
| **MORRIS E. FISCHER, LLC,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiffs Troy and Demetria Williams have filed this *pro se* suit against Morris E. Fischer LLC, the attorney who represented Troy Williams in his prior case in this Court against Tero Tek International Incorporated, Civil Number JKB-10-2752. (Compl., ECF No. 1.) The Williamses are suing Fischer for legal malpractice. All parties are Maryland residents. Plaintiffs' second count is purportedly for discrimination based on disability, but they have alleged no facts that state a plausible cause of action under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* Plaintiffs have paid the filing fee. Although the Court does not discern a federal cause of action from the present complaint, Plaintiffs will be given an opportunity to file a supplemental complaint and provide additional factual allegations to support a federal cause of action. Plaintiffs are cautioned that their failure to file a supplemental complaint in compliance with the directives contained in this order will result in the dismissal of their complaint without further notice from the Court.

Accordingly, it is this 2nd day of May, 2013, by the United States District Court for the District of Maryland, hereby ORDERED:

1.  Plaintiffs ARE GRANTED TWENTY-ONE (21) DAYS from the date of this order to supplement their complaint. Plaintiffs are forewarned that their failure to file a supplemental complaint that clearly presents allegations supporting a federal cause of action will result in the dismissal of their complaint without further notice from the Court.

2.  The Clerk SHALL SEND a copy of this order to Plaintiffs.


_____/s/_____
James K. Bredar
United States District Judge