IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROY WILLIAMS *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-13-1248 |
| MORRIS E. FISCHER, LLC, | * | |
| Defendant | * | |

## MEMORANDUM

In its prior memorandum and order (May 2, 2013, ECF No. 2), the Court noted that the complaint filed by Plaintiffs Troy and Demetria Williams appeared not to rest on federal subject-matter jurisdiction. The complaint was based on alleged legal malpractice by Defendant in his previous representation of Troy Williams in this Court, and diversity jurisdiction does not exist. The Court provided Plaintiffs a twenty-one day period during which they could supplement their complaint with allegations establishing a federal cause of action. The Williamses have filed an amended complaint, but this, too, suffers from a lack of federal subject-matter jurisdiction. They have alleged that Mr. Fischer failed to pursue a claim of disability discrimination. Their allegations on this point do not suffice under federal law as an actual claim of disability discrimination. Consequently, their case will be dismissed for want of jurisdiction.

A separate order will issue.

DATED this 24 day of May, 2013.

BY THE COURT:

*James K. Bredar*
James K. Bredar
United States District Judge